■ ADAM McGILL, an Infant, by KATHERYN M. BARIE, His Mother and Natural Guardian, et al., Respondents, v DANA M. McGILL, Appellant, and DUANE TOWER et al., Respondents.— Order unanimously reversed on the law without costs and motion granted. Memorandum: Defendant parent contends that it was error for Special Term to deny his motion for summary judgment because the infant plaintiff's complaint alleged only negligent supervision (see, *Holodook v Spencer,* 36 NY2d 35). We agree. The infant plaintiff was injured when his father left him alone in codefendants' living room. While unsupervised, the child was attacked and bitten by codefen-

dants' dog, sustaining serious facial lacerations. Because the crux of the parent's culpability was negligent supervision, his motion for summary judgment must be granted *(see, Wilson v Sears, Roebuck & Co.,* 126 AD2d 954; *Zikely v Zikely,* 98 AD2d 815, *affd* 62 NY2d 907). (Appeal from order of Supreme Court, Genesee County, Doyle, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.